UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

             Debtor,
--------------------------------------------------------------x
MICHELE BROWN,

             Appellant,
v.

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

             Appellee.
--------------------------------------------------------------x

**ORDER**

22 CV 4117 (VB)

    The Court conducted an initial conference today, at which appellant, Michele Brown, and counsel for appellee, The Great Atlantic & Pacific Tea Company, Inc. ("A&P"), appeared by telephone on the record.

    During the conference, the parties discussed, among other matters, the manila folder of medical records that Ms. Brown mailed to the Court—which shall be filed separately under seal. Ms. Brown acknowledged that she did not send a copy of those records to A&P.

    Ms. Brown also acknowledged on the record that the "Order Denying Motion to Compel" from which she appeals (Doc. #1), is the Order Denying Motion to Compel entered by Judge Drain on August 20, 2018, attached to counsel for A&P's letter dated June 30, 2022.  (Doc. #7-1).  Counsel stated that A&P intends to move to dismiss the appeal.

    Finally, Ms. Brown clarified that her name is not "Michelle," but rather "Michele," and that she indeed resides at the address listed on the docket, but more specifically in Apartment F202.

    Accordingly, it is hereby ORDERED:

1. A&P's motion to dismiss the appeal is due **August 1, 2022**. Ms. Brown's opposition is due **August 31, 2022**. A&P's reply, if any, is due **September 7, 2022**.

2. By **July 14, 2022**, Ms. Brown shall send to counsel for A&P a copy of the medical records she mailed to the Court.

3. The Clerk is instructed to update Ms. Brown's name and address on the docket to the following:

   Michele Brown
   130 Garrett Road, Apt. F202
   Upper Darby, PA 19082

Chambers will mail a copy of this Order to Ms. Brown at her updated address listed on the docket.

Dated:  June 30, 2022
        White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge