UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,
    Debtor,
--------------------------------------------------------------x
MICHELLE BROWN,

    Appellant,
v.

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

    Appellee.
--------------------------------------------------------------x

**ORDER**

22 CV 4117 (VB)

  On August 19, 2022, the Court received a submission from plaintiff that appeared to be in response to appellee's motion to dismiss the appeal, but also attaching a package of appellant's medical records, none of which appeared to be responsive. The Court filed the apparent opposition and medical records under seal, viewable only by Court personnel and the parties. (Doc. #16). The Court also ordered that if the submission constituted appellant's opposition to the motion to dismiss, which was due August 31, 2022, appellant need not file any additional opposition to the motion. (Id.)

  On August 31, 2022, the Court received another substantial package of medical records from appellant. Upon further review, none of the package's contents is responsive to the motion to dismiss.

  Accordingly, the Court declines to accept for filing or otherwise consider plaintiff's most recent submission of medical records, and will return the submission to appellant at her address on the docket.

  Chambers will mail a copy of this Order and return the medical records received on August 31, 2022, to appellant at the address on the docket.

Dated: September 1, 2022
    White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge