Copies Mailed/Faxed 9/22/25
Chambers of Vincent L. Briccetti DH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

        Debtor,
-----------------------------------------------------------x
MICHELLE BROWN,

        Appellant,
v.

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

        Appellee.
-----------------------------------------------------------x

**ORDER**

22 CV 4117 (VB)

      On September 19, 2025, the Court received the attached submission from appellant Michele Brown, who proceeded <u>pro se</u> in this bankruptcy appeal. The submission includes Ms. Brown's medical records.

      This case is closed and there is no motion pending before the Court. To the extent appellant requests that the Court reopen this case, that application is denied.

      Accordingly, the Court declines to accept for filing or otherwise consider plaintiff's submission of medical records, and will return the submission to appellant at her address on the docket.

      Chambers will mail a copy of this Order and return the medical records received on September 19, 2025, to appellant at the address on the docket.

Dated:    September 22, 2025
            White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge