USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Copies Mailed/Faxed 9/22/25  9/23/25
Chambers of Vincent L. Briccetti DH

--------------------------------------------------------------x
In Re:                                            :
                                                  :
THE GREAT ATLANTIC & PACIFIC TEA                  :
COMPANY, INC.,                                    :
                        Debtor,                   :
--------------------------------------------------------------x
MICHELLE BROWN,                                   :       Corrected
                                                  :       ORDER
                        Appellant,                :
                                                  :       22 CV 4117 (VB)
v.                                                :
                                                  :
THE GREAT ATLANTIC & PACIFIC TEA                  :
COMPANY, INC.,                                    :
                                                  :
                        Appellee.                 :
--------------------------------------------------------------x

    On September 19, 2025, the Court received the attached submission from appellant Michele Brown, who proceeded pro se in this bankruptcy appeal. The submission includes Ms. Brown's medical records.

    This case is closed and there is no motion pending before the Court. To the extent appellant requests that the Court reopen this case, that application is denied.

    Accordingly, the Court declines to accept for filing or otherwise consider plaintiff's submission of medical records, and will return the submission to appellant at her address on the docket.

    Chambers will mail a copy of this Order and return the medical records received on September 19, 2025, to appellant at the address on the docket.

Dated: September 23, 2025
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Michele Brown
130 Garrett Rd
Philadelphia, Pa 19082
Apartment F-202

Judge, Trail: Vicent L Briccetti

Dear Judge I am writing to you on behave of the Great Atlanta & Pacific Tea Company Under Chapter 13 I know 460 Are aware of my Accident in the store lot "522 on" flamingo's Kensington in the Pathmark franchise but I was hurt in another franchise store Name: Fresh Grocer located in Philadelphia they call A Dresal All you have some Medical Report of the eyes that was hurt I have reched out to Mr. Jeff Brown but had no response it was over and dozen of Jan's of Drivers and the Second time

RECEIVED SEP 19 2025 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

It was 3-4 yrs of SALSA I was thinking maybe you could Reach out to them over at Fresh Grocer so we can begin to close chapter 13.

Sincerely Yours Truly

Michele Brown

PS. I am Encluding the Medical Records for the Surgery on my Back And here are the Medical Records for the Surgery that lasted And decade and my therphy Reports After the Surgery